UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ANTHONY BRUNO,

                Plaintiff,                                              19 Civ. 7664 (AEK)

      -against-                                              **ORDER**

SCHINDLER ELEVATOR CORP.,

                Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court has been informed that the parties have reached a settlement in principle in this matter.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order.  Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated:  October 25, 2022
           White Plains, New York

                                                                  _____
                                                                  ANDREW E. KRAUSE
                                                                  United States Magistrate Judge